PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:19CR03028 |
| Charles Decker | |

On September 18, 2018 the above named offender was placed on probation for a period of 3 years in the District of Wyoming. On March, 11, 2019, the District of Nebraska assumed jurisdiction of case. On October 13, 2020, this officer was notified by the Red Willow, NE County Attorney that Mr. Decker was found deceased on October 8, 2020, as a result of a motor vehicle accident. Accordingly, it is requested that Mr. Decker's probation be formally terminated by the Court.

Respectfully submitted,

Dustin Russell
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of October, 2020.

*Richard G. Kopf*
Richard G. Kopf
Senior U.S. District Judge